UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22513-CMA

JESUS GONZALEZ

      Plaintiff,

v.

MAXWELL DRY CLEANERS,
and PAOCHI PROPERTIES, LLC,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JESUS GONZALEZ, and Defendants, MAXWELL DRY CLEANERS, and PAOCHI PROPERTIES, LLC, by and through the undersigned counsel, hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted this November 6, 2023.

| By: */s/ J. Courtney Cunningham* | By: */s/ Max Lopez* |
|---|---|
| J. Courtney Cunningham, Esq. | Max A. Lopez, Esq. |
| FBN: 628166 | FBN. 098665 |
| **J. COURTNEY CUNNINGHAM, PLLC** | Jannel P. Silva, Esq. |
| 8950 SW 74th Court, Suite 2201 | FBN. 1018366 |
| Miami, Florida 33156 | **The Law Office of Fausto A. Rosales, P.A.** |
| P: 305-351-2014 | 150 Alhambra Circle, Suite 900 |
| cc@cunninghampllc.com | Coral Gables, FL 33134 |
| legal@cunninghampllc.com | P: 786-505-1024 / F: 786-221-5090 |
| | mlopez@dtmiamilaw.com |
| | jpalenzuela@dtmiamilaw.com |

*Gonzalez v. Maxwell Dry Cleaners*
**Case No. 23-cv-22513-CMA**

|  | eservice@dtmiamilaw.com |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*