UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 23-cv-22513-CMA

JESUS GONZALEZ

    Plaintiff,

v.

MAXWELL DRY CLEANERS,
and PAOCHI PROPERTIES, LLC,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JESUS GONZALEZ, and Defendants, MAXWELL DRY CLEANERS, and PAOCHI PROPERTIES, LLC, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties' written agreement, and this Court Order [DE 25], stipulate to the dismissal of this action with prejudice against named Defendant with each party is to bear its own costs and attorney's fees.

Respectfully submitted this December 20, 2023.

| | |
|---|---|
| By: */s/ J. Courtney Cunningham* <br> J. Courtney Cunningham, Esq. <br> FBN: 628166 <br> **J. COURTNEY CUNNINGHAM, PLLC** <br> 8950 SW 74th Court, Suite 2201 <br> Miami, Florida 33156 <br> P: 305-351-2014 <br> cc@cunninghampllc.com <br> legal@cunninghampllc.com <br><br> *Counsel for Plaintiff* | By: */s/ Max Lopez* <br> Max A. Lopez, Esq. <br> FBN. 098665 <br> Jannel P. Silva, Esq. <br> FBN. 1018366 <br> **The Law Office of Fausto A. Rosales, P.A.** <br> 150 Alhambra Circle, Suite 900 <br> Coral Gables, FL 33134 <br> P: 786-505-1024 <br> F: 786-221-5090 <br> mlopez@dtmiamilaw.com <br> jpalenzuela@dtmiamilaw.com <br> eservice@dtmiamilaw.com <br><br> *Counsel for Defendants* |

**Gonzalez v. Maxwell Dry Cleaners**
Case No. 23-cv-22513-CMA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: /s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*